IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERIC LaVELLE MAY, AIS # 209534,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 14-0479-WS-N** |
| **PAMELA BARBER,** : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 26th day of February, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE